# United States Court of Appeals
## For the First Circuit

No. 20-1901

MIGUEL RODRÍGUEZ-SEVERINO,

Plaintiff, Appellant,

v.

UTC AEROSPACE SYSTEMS,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on October 27, 2022, is amended as follows:

At page 18, line 6, replace "Federal Regulation" with "federal regulation"

At page 24, line 22, replace "they" with "Cariño"